# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
### ALEXANDRIA DIVISION

| | |
|---|---|
| FRANCISCO TOMAS | CIVIL ACTION NO. 26-0358 |
| VERSUS | JUDGE ALEXANDER C. VAN HOOK |
| BRIAN ACUNA, ET AL. | MAGISTRATE JUDGE WHITEHURST |

## ORDER

Considering the foregoing Motion for Voluntary Dismissal of Habeas Petition,

**IT IS ORDERED** that the motion is **GRANTED**. All claims of Petitioner, Francisco Tomas, against Defendants, Brian Acuna, Todd Lyons, Kristi Noem, Pamela Bondi and Warden of Winn Correctional Center, are **DISMISSED WITHOUT PREJUDICE**.

**DONE AND SIGNED** at Shreveport, Louisiana, this 24th day of April, 2026.

_____
**ALEXANDER C. VAN HOOK**
**UNITED STATES DISTRICT JUDGE**